

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GLORIA ZAVALA, f/n/a GLORIA Z. FRANCO, | § | No. 08-20-00163-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 109th Judicial District Court |
| | § | |
| APOLINAR C. FRANCO, | § | of Crane County, Texas |
| | § | |
| Appellee. | § | (TC#6785) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF APRIL, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.